UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RICHARD WOLIN,

        Plaintiff,

-v-

THE NEW YORK CITY BOARD OF EDUCATION,
THE CITY OF NEW YORK, AND JOHN Q. ADAMS,
NEAL OPROMALLA, THOMAS W. HYLAND
VINCENT GRIPPO, THOMAS PENNELL AND
THERESA EUROPE Individually and as employees,
UNITED FEDERATION OF TEACHERS, and
MARVIN REISKIN, individually and as a representative,

        Defendants.
------------------------------------------------------------------------X

**DECLARATION OF CATHERINE GARNER IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

CV-02-3119 (CPS) (MDG)

    CATHERINE GARNER, pursuant to 28 U.S.C. §1746, declares under penalty of perjury that the following is true and correct:

    1.    I am employed by the defendant United Federation of Teachers (UFT) as the Office Manager of the UFT's Brooklyn Borough Office. I submit this declaration to provide the Court with the factual basis supporting the union defendant's opposition to plaintiff's motion to compel production of certain documents.

    2.    The Brooklyn Borough Office of the UFT houses union representatives responsible for the representation of members employed by the Board of Education in its Brooklyn schools. These include most of the borough's high schools, and Community School Districts 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 and 32.

    3.    The Brooklyn Borough Office maintains files created by union representatives in the course of their representational duties. These include, but are not limited to, files on grievances, unsatisfactory ratings, probationary discontinuances and other disciplinary

matters. The files are stored in alphabetical order by the name of the union member. The files are not segregated by community school district, so to separate out the files of members employed in CSD20, it would be necessary to review each file stored in the borough office.

  4. In preparation for the submission of this declaration I have reviewed the files maintained in the Brooklyn office. There are 4,081 files covering the period from 1997 to the present. Files created prior to 1997 are stored off-site.

Dated: April 28, 2003
   Brooklyn, New York      _____
                  Catherine Garner