THE DECREE ENTERED AUTHORIZES THE COLLECTION OF A TOTAL OF $ 10,000.00 AND INTEREST. THE COLLECTION IN EXCESS OF THAT AMOUNT MUST BE AUTHORIZED BY FURTHER ORDER OF THE SURROGATE.

194834

File # 2003-03456

\* CERTIFICATE \*

THE PEOPLE OF THE STATE OF NEW YORK
TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY

SEND GREETING

Know Ye, That we, having inspected the records of our Surrogate's Court in and for the County of Kings, do find that on the 8th day of September, 2003, by said Court,

LETTERS OF ADMINISTRATION

of the goods, Chattels, and credits of

Richard Wolin

late of the County of Kings, deceased, were granted and committed unto

Brian Wolin

\*\* RESTRICTIONS \*\*

UPON COMMENCEMENT OF AN ACTION, THE ADMINISTRATOR OR THE ATTORNEY FOR THE ESTATE SHALL NOTIFY THIS COURT OF THE INDEX NUMBER, COUNTY AND TITLE OF SAID ACTION WITHIN 30 DAYS. FAILURE TO DO SO MAY IN THE REVOCATION OF LETTERS.
AND THE ADMINISTRATOR IS HEREBY RESTRAINED FROM COLLECTING ANY ASSETS DERIVED FROM ANY CAUSE OF ACTION UNTIL FURTHER ORDER OF THE SURROGATE AND UPON FILING OF A SATISFACTORY BOND.

and that it does not appear by said records that said letters have been revoked.

IN TESTIMONY WHEREOF, we have caused the Seal of the Surrogate's Court of the County of Kings to be hereunto affixed.
WITNESS, Honorable MICHAEL H. FEINBERG Surrogate of our said County -of Kings, at the Borough of Brooklyn, the 11th day of September, 2003

\_ \* Seal \*

Stephen Chepiga
Chief Clerk of the Surrogate's Court

THIS CERTIFICATE IS NOT VALID WITHOUT A RAISED SEAL OF THE COURT