BERANBAUM MENKEM BEN-ASHER & BIERMAN, LLP
80 Pine Street, 80th Flr.
New York, New York 10005
212-509-1616

Attorneys for Plaintiff Brian Wolin as Administrator
of the Estate of Richard Wolin


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
**BRIAN WOLIN AS ADMINISTRATOR OF**
**THE ESTATE OF RICHARD WOLIN**, :

                Plaintiff, : Index No.
                                       CV-02-3119(CPS)(MDG)

                                    : **NOTICE OF FILING OF**
                                       **OBJECTIONS TO**
                                       **ORDER OF**
                                       **MAGISTRATE**
                                       **MARILYN D. GO DATED**
                                       <u>**SEPTEMBER 8, 2004**</u>

      -v- :

:

**THE NEW YORK CITY BOARD OF EDUCATION,**
**THE CITY OF NEW YORK, AND JOHN Q. ADAMS,**
**NEAL OPROMALLA , THOMAS W. HYLAND**
**VINCENT GRIPPO, THOMAS PENNELL AND**
**THERESA EUROPE Individually and as employees,**
**UNITED FEDERATION OF TEACHERS, and**
**MARVIN REISKIN, individually and as a representative.**

                Defendants. :
---------------------------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the Declaration of Mark H.

Bierman,Esq. dated September 17, 2004, and the documents referred to therein, the

memorandum of law submitted in support of the plaintiff's objections, and the motion for relief pursuant to Rule 37 of the Federal Rules of Civil Procedure, plaintiff objects to each and every part of the Order of Magistrate Judge Marilyn D. Go dated September 8, 2004 which denied plaintiff's Rule 37 Motion, and respectfully submits such objections to the Hon Charles P. Sifton or such other District Judge of this court as may be assigned to this matter, at the United States District Courthouse located at 225 Cadman Plaza East, Brooklyn, New York.

Dated: New York, New York
September 17, 2004

BERANBAUM MENKEM BEN-ASHER & BIERMAN, LLP
80 Pine Street, 80th Flr.
New York, New York 10005
212-509-1616

Attorneys for Plaintiff Brian Wolin as Administrator
of the Estate of Richard Wolin

//S//

BY:MARK H. BIERMAN