UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Richard Wolin, et al.,

                        Plaintiff,     CV-02 3119 (CPS)

                                       (AMENDED)
  - against -                       ORDER OF
                                       DISCONTINUANCE

New York City Board of Education, et al.,

                        Defendant.
----------------------------------------X

        The "Stipulation and Order" (the "Settlement") between the parties having been so ordered by this Court on January 2, 2005, it is hereby

        ORDERED that the action is discontinued without costs and without prejudice to the right to reopen the action within 45 days of a denial of plaintiff's application for certain death benefits as described in Paragraph 12 of the Settlement, or within 45 days of a final determination by the New York State courts denying authorization or approval of the Settlement as described in Paragraph 17 of the Settlement.

        The Clerk is directed to provide a copy of the within to all parties and the assigned magistrate judge.

        SO ORDERED.

    Dated : Brooklyn, New York
           March 2, 2005

                                                    United States District Judge